IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHANNA FISHER, et al.,** | No. 1:20-cv-01471 NONE-EPG |
| Plaintiffs, | **STIPULATION AND ORDER FOR LEAVE TO AMEND THE COMPLAINT AND FOR DEFENDANT CALIFORNIA MILITARY DEPARTMENT TO FILE ITS RESPONSE TO THE AMENDED COMPLAINT** |
| v. | |
| **ARMY NATIONAL GUARD, et al.,** | |
| Defendants. | |
| | Action Filed:  October 15, 2020 |

Under Federal Rules of Civil Procedure 6(b) and 15(a)(3) and Local Rules 143 and 144(a), Plaintiffs and Defendant California Military Department (CMD), by and through their respective attorneys of record, stipulate to and request that Plaintiffs be permitted to file an amended complaint and that CMD's response to the amended pleading be filed within fourteen days after the amended complaint is filed, as permitted under Rule 15(a)(3). Plaintiffs agree to file their amended pleading by no later than December 31, 2020. Good cause exists to the grant this stipulated request because it will avoid burdening the Court with a motion to dismiss since the parties agree that amendment is necessary.

CMD was served with the complaint on October 23, 2020, and its response was initially due on November 13, 2020. On November 10, 2020, the parties filed a stipulation under Local Rule 144(a), agreeing to a 28-day extension for CMD to respond to the complaint. (ECF No. 12.) CMD's response is currently due on December 11, 2020.

Since the filing of the stipulation, the parties met and conferred concerning CMD's perceived deficiencies in the complaint and its intent to file a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). To address these deficiencies and avoid burdening the Court with a motion, the parties agree that Plaintiffs should be permitted to amend the complaint. However, amendment will come more than twenty-one days after service of the complaint and before service of any responsive pleading or motion under Rule 12(b), such that Plaintiffs cannot amend as a matter of course under Rule 15(a)(1). The parties therefore submit this stipulated request. The parties further agree that Rule 15(a)(3) applies and that CMD's response to the amended complaint be due no later than 14 days after the amended complaint is filed.

IT IS SO STIPULATED.

Dated:  December 10, 2020        Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant Cal. Military Dep't*

Dated:  December 10, 2020        CHRISTENSON LAW FIRM

*/s/ Vonn R. Christenson* (as authorized 12/10/20)

VONN R. CHRISTENSON
*Attorneys for Plaintiffs*

SA2020304192
34656287.docx

**ORDER**

Good cause appearing and based on the parties' stipulation, the stipulated request for leave to file an amended complaint is GRANTED.

Plaintiffs shall file their first amended complaint by no later than December 31, 2020. Defendant CMD will respond to the amended complaint in accordance with Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

Dated: **December 11, 2020**         /s/ Eric P. Grojean
                                    UNITED STATES MAGISTRATE JUDGE