**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.G., a minor, by and through her Guardian ad litem, JOHANNA FISHER; and JOHANNA FISHER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>ARMY NATIONAL GUARD; CALIFORNIA ARMY NATIONAL GUARD; CALIFORNIA MILITARY DEPARTMENT and DOES 1-20,<br><br>Defendants. | Case No. 1:20-cv-01471-NONE-EPG<br><br>**ORDER FURTHER EXTENDING PLAINTIFFS' DEADLINE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**(ECF No. 15)** |

Good cause appearing and based on the parties' stipulation filed December 30, 2020 (ECF No. 15), Plaintiffs shall file their first amended complaint by no later than January 15, 2021. Defendant California Military Department will respond to the first amended complaint in accordance with Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

Dated: **January 3, 2021**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1