UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., a minor, by and through her Guardian ad litem, JOHANNA FISHER; and JOHANNA FISHER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ARMY NATIONAL GUARD; CALIFORNIA ARMY NATIONAL GUARD; CALIFORNIA MILITARY DEPARTMENT and DOES 1-20,<br><br>Defendants. | No.  1:20-cv-01471-NONE-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 17) |

On January 14, 2021, the parties filed a stipulation to extend the deadline for Plaintiffs to file their first amended complaint. (ECF No. 17). The parties state that additional parties to a state-court action may be necessary parties herein, and they need additional time to accomplish the foregoing. In addition, given the likely addition of new litigants to this case, the parties seek a continuance of the initial scheduling conference. The Court finds good cause to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file an amended complaint no later than January 29, 2021.
2. Defendants shall respond to the amended complaint in accordance with Federal Rule

1

of Civil Procedure 15(a)(3).

3. The initial scheduling conference is CONTINUED to April 27, 2021 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **January 15, 2021**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2