IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHANNA FISHER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARMY NATIONAL GUARD, et al.,**<br><br>Defendants. | No. 1:20-cv-01471 NONE-EPG<br><br>**STIPULATION AND ORDER FOR TEN-DAY EXTENSION FOR DEFENDANT CALIFORNIA MILITARY DEPARTMENT TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT**<br><br>(ECF No. 23) |

Under Federal Rules of Civil Procedure 6(b) and 15(a)(3) and Local Rules 143 and 144(a), Plaintiffs and Defendant California Military Department (CMD), by and through their respective attorneys of record, stipulate to a ten-day extension for CMD to file its response to the first amended complaint. CMD's response is currently due on February 12, 2021. Good cause exists to the grant this stipulated request because, despite the diligence of CMD's counsel, she will not be able to prepare the response to the amended pleading by the current deadline.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A).  Unless the court orders otherwise, a response to

1  an amended pleading must be made within 14 days after service of the amended pleading. Fed.
2  R. Civ. P. 15 (a)(3).

3      Plaintiffs filed their first amended complaint on January 29, 2021. (ECF No. 19.) Under
4  Rule 15(a)(3) and the Court's prior orders (ECF Nos. 14, 16, 18), CMD's response is currently
5  due on February 12, 2021. Since receipt of the first amended complaint, defense counsel has not
6  had the opportunity to adequately evaluate the amended pleading to determine the proper course
7  of action and responded to the complaint. During the week of February 1-5, counsel for CMD had
8  seven depositions (that included two medical expert depositions involving complex issues of
9  causation) in the matters of *Holston v. Petrinovich* (E.D. Cal. No. 2:18-cv-3180 CKD), *Thompson
10  v. Saukhla* (E.D. Cal. No. 2:18-cv-2422 WBS-KJN), and *J.A.J. v. Jimenez* (E.D. Cal. No. 1:18-
11  cv-1130 DAD-SKO). During the week of February 18, CMD's attorney has three depositions of
12  high ranking officials of the California Department of Developmental Services in *Law v. DDS*
13  (Sac. Sup. Ct. No. 34-2016-00194451) and a motion for summary judgment due on February 12
14  in *O'Brien v. El-Said* (E.D. Cal. No. 1:18-cv-0741 NONE-SAB). Despite the diligent efforts of
15  CMD's attorney, she will not be complete the response due here in addition to meeting all these
16  other deadlines/obligations.

17      CMD requires more time to review and evaluate the first amended complaint, determine
18  whether the perceived deficiencies in the original complaint were remedied, and decide whether
19  an answer or motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) is appropriate. For
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25
26
27
28

1  these reasons, CMD is requesting a ten-day extension, up to and including February 22, 2021, to

2  file its response to the first amended complaint.  Plaintiffs do not object and agree to the

3  requested extension.

4      IT IS SO STIPULATED.

6  Dated: February 11, 2021      Respectfully submitted,

7      XAVIER BECERRA
     Attorney General of California
8      PETER A. MESHOT
     Supervising Deputy Attorney General

10      */s/ Diana Esquivel*

11      DIANA ESQUIVEL
     Deputy Attorney General
     *Attorneys for Defendant Cal. Military Dep't*

13 Dated: February 11, 2021      CHRISTENSON LAW FIRM

14      */s/ Vonn R. Christenson* (as authorized 2/11/21)

15      VONN R. CHRISTENSON
     *Attorneys for Plaintiffs*

**ORDER**

Good cause appearing and based on the parties' stipulation filed on February 11, 2021, (ECF No. 23), Defendant California Military Department's request for a ten-day extension to respond to the first amended complaint is GRANTED.

Defendant CMD shall file its response to the first amended complaint on or before February 22, 2021.

IT IS SO ORDERED.

Dated:  **February 12, 2021**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE