# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., a minor, by and through her Guardian ad litem, JOHANNA FISHER; and JOHANNA FISHER, an individual,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>ARMY NATIONAL GUARD; CALIFORNIA ARMY NATIONAL GUARD; CALIFORNIA MILITARY DEPARTMENT; PORTERVILLE UNIFIED SCHOOL DISTRICT; and Does 1-20,<br><br>　　　Defendants. | CASE NO.  1:20-CV-01471-NONE-EPG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(ECF No. 29)** |

It is hereby stipulated by and between Plaintiffs, J.G., a minor, by and through her Guardian ad litem, Johanna Fisher, and Johanna Fisher, an individual, and Defendant, Porterville Unified School District, by and through their attorneys of record, that due to confusion with a related state court action, good cause exists to grant Defendant Porterville Unified School District an extension of time to file a responsive pleading to Plaintiffs' First Amended Complaint.

Defendant, Porterville Unified School District, respectfully requests ten (10) days from the date of signing the Order to file a responsive pleading to Plaintiffs' First Amended Complaint.

IT IS SO STIPULATED.

DATE: March 11, 2021                    WEAKLEY & ARENDT, P.C.

                                By:    /s/ *James J. Arendt*
                                       James J. Arendt
                                       Leslie M. Dillahunty
                                       Attorneys for Defendant, Porterville Unified
                                       School District


DATE: March 11, 2021                    CHRISTENSON LAW FIRM, LLP

                                By:    /s/ *Vonn R. Christenson*
                                       Vonn R. Christenson
                                       Attorneys for Plaintiffs, J.G., a minor, by and
                                       through her Guardian ad litem, Johanna Fisher; and
                                       Johanna Fisher, an individual

**ORDER**

On March 11, 2021, the parties filed a stipulation to extend the deadline for Defendant Porterville Unified School District to file a responsive pleading by 10 days from the date of this order. (ECF No. 29). Porterville Unified School District was served on February 2, 2021. (ECF No. 22 at 2) (proof of service).  The initial 21-day deadline to file an answer expired on February 23, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). The stipulation indicates that there was confusion by unnamed parties concerning when a responsive pleading needed to be filed due to the pendency of a state-court matter. (ECF No. 29).

The Court notes that there have been two other extensions of time to deal with the fact that there was a separate state-court lawsuit on the same matter. (ECF Nos. 15 ("Accordingly, under FRCP 19(a) and 20(a), those state-court defendants [including Defendant Porterville Unified School District] may be requisite parties to this federal lawsuit. The parties in both actions are in the process of meeting-and-conferring to determine the proper course of action, and request some additional time to sort out these issues before proceeding with amending the current pleadings."), 17 ("The parties in both actions have been engaged in the process of meeting-and-conferring to determine the proper course of action, and have agreed that it would be appropriate to bring the parties from the state court action into this federal court case, and the parties request some additional time to make these further adjustments with amending the current pleadings.")). Those extensions were granted. (ECF Nos. 16, 18).

Nevertheless, in light of the stipulation among the parties and the pending motion to dismiss, (ECF No. 25), the Court will grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that Defendant Porterville Unified School District shall file a responsive pleading no later than ten days from the date of this order.

IT IS SO ORDERED.

Dated:  **March 11, 2021**               /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE