UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA FISHER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARMY NATIONAL GUARD, et al.,<br><br>　　　　　Defendants. | No.  1:20-cv-01471-JLT-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>(Docs. 25, 33, 39, 44) |

　　　　Johanna Fisher, individually and on behalf of her minor child J.G., filed the complaint commencing this action on October 15, 2020, and a first amended complaint on January 29, 2021. (Docs. 1, 19.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 17, 2021, the assigned magistrate judge entered findings and recommendations, recommending that Defendant California Military Department's motion to dismiss (Doc. 25) be granted, Defendant Porterville Unified School District's motion to dismiss (Doc. 33) be granted in part and denied in part, and Defendants Army National Guard and California Army National Guard's motion to dismiss (Doc. 39) be granted.  (Doc. No. 44.)  The magistrate judge recommended that Plaintiffs be given leave to file a second amended complaint. (*Id.*).

　　　　The parties were granted thirty days in which to file objections to the findings and

recommendations. (*Id.*) The period for filing objections has expired, and no party has filed objections. However, on January 13, 2022, Plaintiffs filed a response to the findings and recommendations, stating that they agree without objection to file a second amended complaint. (Doc. 46.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Accordingly,

1. The findings and recommendations issued on December 17, 2021 (Doc. 44) are adopted in full;
2. Defendant California Military Department's motion to dismiss (Doc. 25) is granted;
3. Defendant Porterville Unified School District's motion to dismiss (Doc. 33) is granted in part and denied in part;
4. Defendants Army National Guard and California Army National Guard's motion to dismiss (Doc. 39) is granted;
5. Plaintiffs' 42 U.S.C. § 1983 claim against Defendant California Military Department and the third, fifth, and sixth causes of action (Doc. 19) are dismissed without leave to amend; and
6. Plaintiffs are granted leave to file a second amended complaint within 45 days of the date of this order.

IT IS SO ORDERED.

Dated:   **February 3, 2022**

UNITED STATES DISTRICT JUDGE