Vonn R. Christenson, CA Bar No. 244873
CHRISTENSON LAW FIRM, LLP
472 West Putnam Avenue
Porterville, California  93257
Telephone:  (559) 784-4934
Facsimile:   (559) 784-3431

Attorneys for Plaintiff
J.G., a minor, by and through her Guardian ad litem,
JOHANNA FISHER; and JOHANNA FISHER, an individual

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
---o0o---

| | |
|---|---|
| J.G., a minor, by and through her Guardian ad litem, JOHANNA FISHER; and JOHANNA FISHER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America, Porterville Unified School District and DOES 1-20,<br><br>Defendants. | Case No. 1:20-cv-01471-JLT-EPG<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO MOTION TO DISMISS**<br><br>Date:           July 15, 2022<br>Time:          9:00 am<br>Courtroom: 5, 7th Floor<br><br>Action Filed:       October 15, 2020 |

It is hereby stipulated by and between Plaintiffs, J.G., a minor, by and through her Guardian ad litem, Johanna Fisher, and Johanna Fisher, an individual, and Defendant, United States of America, by and through its attorneys of record, have agreed to a brief extension of time for Plaintiffs to file an opposition to Defendant's Motion to Dismiss.

Plaintiffs respectfully request an extension to Friday, June 24, 2022, of their deadline to file an opposition to Defendant's Motion to Dismiss.

IT IS SO STIPULATED.

DATE: June _____ 2022          UNITED STATES ATTORNEY

                               By: _____
                                   Benjamin E. Hall
                                   Attorney for Defendant,
                                   United States of America

DATE: June _____, 2022         CHRISTENSON LAW FIRM, LLP

                               By: _____
                                   Vonn R. Christenson
                                   Attorneys for Plaintiffs, J.G., a minor, by and
                                   through her Guardian ad litem, Johanna
                                   Fisher; and Johanna Fisher, an individual

## ORDER

The above stipulation is approved.

IT IS SO ORDERED.

Dated:  **June 15, 2022**                    _____
                                             UNITED STATES DISTRICT JUDGE

**STIPULATION TO EXTEND TIME TO FILE OPPOSITION**