# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA FISHER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARMY NATIONAL GUARD, et al.,<br><br>Defendants. | Case No.  1:20-cv-01471 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Docs. 55, 58, 70) |

Johanna Fisher, individually and on behalf of her minor child J.G., filed the complaint commencing this action on October 15, 2020, and a second amended complaint on March 21, 2022. (Docs. 1, 50.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2023, the assigned magistrate judge entered findings and recommendations, recommending that Defendant Porterville Unified School District's motion to dismiss (Doc. 55) be granted in part and denied in part and Defendant United States' motion to dismiss (Doc. 58) be granted. (Doc. 70.) The Court granted the parties fourteen days in which to file objections to the findings and recommendations. (*Id.*) The period for filing objections has expired, and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this

court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Thus,

1. The findings and recommendations issued on March 24, 2023 (Doc. 70) are **ADOPTED** in full.
2. Defendant Porterville Unified School District's motion to dismiss (Doc. 55) is **GRANTED IN PART** and **DENIED IN PART**.
3. Defendant United States' motion to dismiss (Doc. 58) is **GRANTED**.
4. Plaintiff Fisher's negligence claims set forth in the Second and Eighth Causes of Action are **DISMISSED** without leave to amend.
5. Plaintiffs' *Bivens* claim is **DISMISSED** without leave to amend.
6. Plaintiffs' negligence claim against Defendant United States in the Second Cause of Action is **DISMISSED** without leave to amend.

IT IS SO ORDERED.

Dated:   **April 19, 2023**

UNITED STATES DISTRICT JUDGE