IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA FISHER, et al.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PORTERVILLE UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　　　　　　　　　Defendants. | No. 1:20-cv-01471-JLT-EPG<br><br>STIPULATION TO DISMISS PORTERVILLE UNIFIED SCHOOL DISTRICT AND ORDER<br><br>(ECF No. 77) |

　　　　Plaintiffs Johanna Fisher and J.G., by and through her guardian ad litem, Johanna Fisher, and Defendant Porterville Unified School District (PUSD) submit this Stipulation and Order to Dismiss the Case, as directed in the Court's June 7, 2023, Minute Order (ECF No. 76).

　　　　Plaintiffs Johanna Fisher and J.G. and Defendant PUSD are the three remaining parties in this matter.  Plaintiffs Johanna Fisher and J.G. by and through her guardian ad litem Johanna Fisher, stipulate to dismiss Defendant PUSD from this action pursuant to FRCP 41(a) with prejudice.  PUSD is the last defendant in this action.

　　　　The Parties agree that this Court no longer has jurisdiction as there is no federal question to litigate and no diversity between the remaining Parties.  The Parties further agree that Plaintiff will file a complaint in the Superior Court for the County of Tulare with the remaining causes of action that survived the motions to dismiss in this Court.  Defendant PUSD will then file an answer to said complaint.  Defendant PUSD also agrees that it will not challenge the new state

court action on the grounds of statute of limitations or failure to comply with the government tort claim requirements pursuant to the agreement of May 12, 2021, between the Parties. The Parties further stipulate to waive any and all costs and attorneys' fees against each other.

Dated:  June 29, 2023　　　　　　　　　　WEAKLEY & ARENDT
　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　　　/s/ James Arendt

　　　　　　　　　　　　　　　　　　　　　　JAMES J. ARENDT
　　　　　　　　　　　　　　　　　　　　　　MATTHEW P. BUNTING
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Porterville Unified School District*

Dated:  June 29, 2023　　　　　　　　　　CHRISTENSON LAW FIRM, LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ Vonn Christenson

　　　　　　　　　　　　　　　　　　　　　　VONN R. CHRISTENSON
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

# **ORDER**

In light of the parties' stipulation (ECF No. 77), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice[1] and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **June 30, 2023**                           /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Nothing in this order prohibits Plaintiffs from bringing their claims in state court as the parties have stipulated above.